FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0093

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0093

ALEX CHRISTOPHER SMITH,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, HON. JOHN W. PARKER, Presiding,

Respondent.

ORDER

FILED

FEB 1 4 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Petitioner Alex Christopher Smith has filed a Petition for Writ of Mandamus, requesting that the Eighth Judicial District Court, Cascade County, "hear his postconviction case (arising from DC 21-589) . . . ." Upon review, we deem his Petition a Petition for Writ of Supervisory Control. M. R. App. P. 14(3).

This Court is familiar with Smith's postconviction history as he has filed seven original proceedings in the last three years. In a May 21, 2024 Order, this Court entertained a similar writ for relief where Smith sought supervisory control over the District Court "concerning his pending civil case as well as a Motion 'to Vacate Charges and Discharge Petitioner on Reversal.'" *Smith v. Eighth Judicial Dist. Ct. and Hon. Parker*, No. OP 24-0281, Order (Mont. May 21, 2024) (*Smith VI*). The State of Montana voluntarily responded in opposition to Smith's requests for vacating the charges and his release. This Court denied Smith's Petition because the District Court had not ruled on Smith's pending petition for postconviction relief and Smith had the remedy of appeal.

Smith includes a May 8, 2024 copy of the register of actions. On July 14, 2023, Smith, through counsel, filed a "Motion to Expedite Petition for Postconviction Relief and Grant Habeas Corpus" in the District Court. It appears that as of August 2023, Smith was appearing on his own behalf. The court held a status and scheduling conference on September 11, 2023. The register reflects a January 16, 2024 Order in this Court, denying

Smith's petition for habeas corpus relief. *Smith v. Bludworth*, No. OP 24-0008, Order (Mont. Jan. 16, 2024) (*Smith V*).

This Court secured a more recent case register of actions. It is abundantly clear that Smith has filed many motions, *ex parte* communications, and other improper pleadings. We acknowledge that habeas corpus relief would be separate from any petition for postconviction relief. *See* §§ 46-21-103, and 46-22-101(1), MCA. We observe that the *Smith VI* Order, however, is not listed on the case register, even though copies were forwarded to the District Court and the Clerk of Court. The District Court has not issued a ruling on Smith's Petition for Postconviction Relief.

Almost nine months have elapsed since our *Smith VI* Order. Given all the filings by Smith, the underlying matter may have been inadvertently overlooked. We further observe that while Smith has served the Clerk of Court, he did not serve the District Court Judge, pursuant to § 27-26-205, MCA. Our designation of Smith's petition as one for supervisory control necessitates service on the District Court Judge as well. M. R. App. P. 14(6).

Therefore, in accordance with M. R. App. P. 14(7), this Court deems it appropriate to require a summary response about the pending postconviction relief petition.

IT IS ORDERED that the Honorable John W. Parker, of the Eighth Judicial District Court, Cascade County, shall prepare, file, and serve a response to the deemed Petition for Writ of Supervisory Control on or before Monday, March 17, 2025.

The Clerk is directed to provide a copy of this Order to: the Honorable John W. Parker, District Court Judge, along with a copy of Smith's Petition; Tina Henry, Clerk of District Court, under Cause No. DDV-23-034; counsel of record; and Alex Christopher Smith personally.

DATED this 14th day of February, 2025.

_____
Justice